C. B. JUSTICE v. THE CAROLINA CENTRAL RAILROAD COMPANY.

*Appeal—Assignment of Errors.*

Where no errors are assigned, and none appear upon the face of the record, the judgment will be affirmed.

(*Lytle* v. *Lytle*, 94 N. C., 523; cited and approved).

MOTION by the defendant appellee to affirm the judgment below, made at February Term, 1887, of the Supreme Court.

*Mr. Theo. F. Davidson*, for the plaintiff.
*Messrs. W. P. Bynum and E. C. Smith*, for the defendant.

DAVIS, J. The defendant appellee moves the Court to affirm the judgment rendered in the Court below, upon the ground that no exceptions were taken and no errors assigned for consideration and review by this Court.

No errors are pointed out or assigned in the record, and upon a careful examination we can find none.

We call the attention of the profession to the suggestion of MERRIMON, Judge, in the case of *Lytle* v. *Lytle*, 94 N. C., 523, in regard to appeals, and to rule 7, to be found in 92 N. C., 847.

In this case the judgment below must be affirmed. Let this be certified.

Affirmed.